David R. Socher, Esq. (SBN 158023)
DAVID R. SOCHER ATTORNEY AT LAW, PC
3443 Golden Gate Way, Suite F
Lafayette, California 94549
Telephone: (925) 962-9191
Facsimile: (925) 962-9199
david@drsocher.com

Attorney for Defendant A1 SOLAR POWER, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRIGO ALVERNAZ & MARY JEAN ALVERNAZ,<br><br>  Plaintiffs,<br><br>v.<br><br>A1 SOLAR POWER, INC,, a California corporation,<br><br>  Defendant. | Case No.:   3:15-cv-05641-JCS<br>Magistrate:  Joseph C. Spero<br>Dept.:       Ctrm. G<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>Date Filed:  January 15, 2016<br>Trial date:  None set |

Plaintiffs RODRIGO ALVERNAZ and MARY JEAN ALVERNAZ ("Plaintiffs") and Defendant A1 Solar Power, Inc. ("A1") by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiff filed the above-captioned lawsuit against A1 on or about December 10, 2015;

WHEREAS, A1 was served with the Summons and Complaint on December 21, 2015 with a responsive pleading due on or before January 11, 2016;

WHEREAS, the parties agree to an extension of two (2) weeks to January 28, 2016 to respond to the complaint on behalf of defendant;

WHEREAS, under Local Rule 6-1(a), the parties to an action may stipulate to extend the time within which to answer or otherwise respond to the initial complaint in an action provided the

1  change will not alter the date of any event or any deadline already fixed by Court order, and

2       NOW THEREFORE, the parties hereby stipulate and agree to extend A1's deadline to

3  respond to the complaint by two (2) weeks from January 11, 2016 and therefore, A1's new deadline

4  to respond to the complaint is January 28, 2016.

6       IT IS SO STIPULATED.

8  Dated: January 15, 2016                     DAVID R. SOCHER ATTORNEY AT LAW, PC

11                                             By:  _____/s/ David R. Socher_____
                                                    David R. Socher
12                                                   david@drsocher.com
13                                             Attorney for Defendant A1 SOLAR POWER, INC.

15  Dated: January 15, 2016                    DELTA LAW GROUP, A PROFESSIONAL CORPORATION

18                                             By:  _____/s/ Jim G. Price_____
                                                    Jim G. Price
19                                                   deltalawgroup@yahoo.com
20                                             Attorney for Plaintiffs RODRIGO ALVERNAZ and MARY JEAN ALVERNAZ

21  Dated: 1/21/16

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DAVID R. SOCHER ATTORNEY AT LAW, PC
3443 GOLDEN GATE WAY, SUITE F
LAFAYETTE, CALIFORNIA 94549