# DAVID R. SOCHER
## ATTORNEY AT LAW

| | | |
|---|---|---|
| David R. Socher, Esq. | 3443 Golden Gate Way | tel: (925) 962-9191 |
| direct: (925) 962-9191 | Suite F | fax (925) 962-9199 |
| david@drsocher.com | Lafayette, California 94549 | www.drsocher.com |

March 2, 2016

Honorable Joseph P. Spero
Chief Magistrate Judge
United States District Court for the Northern
District of California
San Francisco Courthouse -- Courtroom G,
15th Floor
450 Golden Gate Avenue
San Francisco, California 94102

    Re:    *Rodrigo Alvernaz & Mary Jean Alvernaz vs. A1 Solar Power, Inc., a California corporation;* United States District Court Case No. 3:15-cv-05641-JCS

To the Honorable Joseph P. Spero:

    Pursuant to Civil L.R. 16-10(a), I respectfully request permission to appear telephonically at the hearing on March 11, 2016 at 2:00 p.m. for a Case Management Conference.  My telephone contact information for the telephonic conference is (925) 962-9191.

Thank you for your kind consideration of this request.

                Thank you,

                DAVID R. SOCHER ATTORNEY AT LAW, PC

                */s/ David R. Socher*

                David R. Socher, Esq.

  IT IS HEREBY ORDERED that Mr. Socher shall be on phone standby and await the Court's call.
Dated: 3/4/16



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero