# DELTA LAW GROUP

A PROFESSIONAL LAW CORPORATION
6569 BRENTWOOD BOULEVARD
POST OFFICE BOX 1417
BRENTWOOD, CA 94513
Telephone: (925) 516-4686
Facsimile: (925) 516-4058
Email: deltalawgroup@yahoo.com

May 26, 2016

Honorable Joseph P. Spero
Chief Magistrate Judge
U.S. District Court for the
Northern District of California
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA 94102

     Re:    **Alvernaz v. A1 Solar Power, Inc.**
             **U.S. District Court Case No. 3:15-cv-05641-JCS**

Dear Judge Spero:

Pursuant to Civil L.R. 16-10(a), I respectfully request to appear via telephone at the Case Management Conference scheduled for June 3, 2016 at 2:00 p.m. My contact telephone number to appear at the hearing telephonically is 925-516-4686.

Thank you for your consideration in this matter.

Mr. Price shall be on phone standby
and await the Court's call.

Dated: 5/27/16

Very truly yours,

DELTA LAW GROUP

IT IS SO ORDERED
AS MODIFIED

Judge Joseph C. Spero

JIM G. PRICE

JGP/mb
cc: David R. Sochei, Esq. (via ECF)
    Linda D. Lucero, Esq. (via mail)