UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODRIGO ALVERNAZ, et al.,

　　　　Plaintiffs.

　　v.

A1 SOLAR POWER, INC.,

　　　　Defendant.

Case No.　15-cv-05641-JCS

**ORDER TO SHOW CAUSE**

　　　　Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on June 3, 2016, before this Court in the above-entitled case.  Plaintiff was present.  Defendant was not present.

　　　　IT IS HEREBY ORDERED that Defendant appear on **July 8, 2016, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why default should not be entered for Defendant's failure to appear at the further case management conference on June 3, 2016, and for failure to comply with the Court's Order of March 29, 2016. An updated joint case management conference statement shall be due by **July 1, 2016.**  A further case management conference is also scheduled for **July 8, 2016**, **at 2:00 p.m.**

　　　　IT IS SO ORDERED.

Dated:  June 8, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge