# DELTA LAW GROUP

A PROFESSIONAL LAW CORPORATION
6569 BRENTWOOD BOULEVARD
POST OFFICE BOX 1417
BRENTWOOD, CA 94513
Telephone: (925) 516-4686
Facsimile: (925) 516-4058
Email: deltalawgroup@yahoo.com

June 29, 2016

Honorable Joseph P. Spero
Chief Magistrate Judge
U.S. District Court for the
Northern District of California
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA 94102

Re: Alvernaz v. A1 Solar Power, Inc.
U.S. District Court Case No. 3:15-cv-05641-JCS

Dear Judge Spero:

Pursuant to Civil L.R. 16-10(a), I respectfully request to appear via telephone at the Case Management Conference and Order to Show Cause scheduled for July 8, 2016 at 2:00 p.m. My contact telephone number to appear at the hearing telephonically is 925-516-4686.

Thank you for your consideration in this matter.

Very truly yours,

DELTA LAW GROUP

JIM G. PRICE

JGP/mb
cc: David R. Socher, Esq. (via ECF)
    Linda D. Lucero, Esq. (via mail)

Dated: July 5, 2016

GRANTED
Judge Joseph C. Spero

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]