AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

RODRIGO ALVERNAZ & MARY JEAN ALVERNA

Plaintiff (s),

V.

A1 SOLAR POWER, INC., a California corporatio

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:15-cv-05641-JCS

Notice is hereby given that, subject to approval by the court, __A1 SOLAR POWER, INC.__ substitutes
(Party (s) Name)

__LINDA D. LUCERO__, State Bar No. __283081__ as counsel of record in
(Name of New Attorney)

place of __DAVID R. SOCHER__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LINDA D. LUCERO, ESQ.

Address: 655 N. Central Avenue, Suite 1700, Glendale, CA 91203

Telephone: (818) 649-7848       Facsimile: (818) 649-7501

E-Mail (Optional): LLucero@LuceroEsq.com

I consent to the above substitution.

Date:  7/14/2016                                   _[signature]_
                                                   (Signature of Party (s))

I consent to being substituted.

Date:  7/15/2016                                   _[signature]_
                                                   (Signature of Former Attorney (s))

I consent to the above substitution.

Date:  7/14/2016                                   _Linda Lucero_
                                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  July 20, 2016                               _[signature]_
                                                   Judge Joseph C. Spero

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]